768

to the attention of the judge thereof. This cause seems to have been tried on September 26, 1945, and the jury verdict rendered at that time. Appellant himself offers a lengthy affidavit, attached to such motion, and goes into matters that are not found in the record, but which might have been pertinent at the trial, giving as his reason that his attorney present at the trial thought best for appellant not to take the stand. All these matters come too late and cannot be considered by us, being but ex parte affidavits with no place therefor in this record. To entertain same would never make an end to litigation, and disrupt all rules of procedure.

We adhere to the reasoning set forth in the original opinion, and the motion will be overruled.

The indictment properly charges the offense. No irregularities in the proceedings are pointed out, and we fail to find in the record any statement of facts or bills of exception. In such condition, nothing is presented for review.

The judgment is affirmed.

HAWKINS, Presiding Judge.

Conviction is for assault with intent to rape. The punishment assessed is four years in the penitentiary.